UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-9474 SVW (KS)                                   Date: January 3, 2022

Title   *Charles Trayzon Gilbert v. G. Ford*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 2, 2021, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.)  The Complaint alleges that Defendant, a correctional lieutenant at California Men's Colony in San Luis Obispo, California where Plaintiff was housed, retaliated against him for exercising his First Amendment right to file a civil complaint (in another federal case).  (*Id.* at 2-4.)

On December 7, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 7.)  Nearly a month has now passed, and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than January 24, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the January 24, 2022 deadline.**  Plaintiff is also strongly encouraged to use the Central District's form civil rights complaint to file an amended complaint that clearly specifies the number and nature of his claims for relief and the facts underpinning each claim.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 21-9474 SVW (KS)                                            Date: January 3, 2022

Title     *Charles Trayzon Gilbert v. G. Ford*

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |