JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES TRAYZON GILBERT, | ) | NO. CV 21-9474-SVW (KS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER AND JUDGMENT OF DISMISSAL |
| G. FORD, | ) | |
| Defendant. | ) | |

On Dec 2, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint alleges a First Amendment retaliation claim and an Eighth Amendment claim against a correctional lieutenant employed at the California Men's Colony, where Plaintiff was housed at the relevant time. (*Id.* at 1-4.)

On December 7, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On January 3, 2022, 27 days after the Court notified Plaintiff about the filing fee without a response from Plaintiff, the Court ordered Plaintiff to show cause, no later than January 24, 2022, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to

1

proceed without prepayment of the fee ("OSC"). The Court also expressly warned Plaintiff that his failure to timely comply with the OSC "will result in a recommendation of dismissal of this case." (Dkt. No. 5.)

It has now been well over two months since the Court notified Plaintiff that he had not paid the filing fee. (Dkt. No. 2.) To date, Plaintiff has not responded to the OSC, paid the filing fee, or requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: September 8, 2022

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE